Norwich Union Fire Insurance Society, a Corporation, Plaintiff in Error, v. C. M. Chandler, Jr., as assignee of L. A. Duncan, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Alachua.

Writ of Error dismissed on motion of counsel for plaintiff in error, at costs of plaintiff in error.

*Cockrell & Cockrell,* for Plaintiff in Error;

*Thomas W. Fielding,* for Defendant in Error.

———————

Walter C. Warrington and Bernice I. Warrington, his wife, Appellants, v. Norman Ruff, Appellee.

No. 1.

An Appeal from Decrees of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellants, at costs of appellants.

*Carl Noble,* for Appellants;

*Maynard Ramsey,* for Appellee.